IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAUL JACOBO CASTANEDA, 1170560, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> NATHANIEL QUARTERMAN, Director, ) <br> Texas Dept. Of Criminal Justice, ) <br> Correctional Institutions Division, ) <br> Respondent. ) | No. 3:06-CV-1714-K <br> ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge, filed on February 8, 2008, are **OVERRULED**.

**SO ORDERED.**

Signed this 18th day of February, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE